UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                          13 Cr. 744 (LGS)
              -against-                   14 Cr. 55 (LGS)

   BRADLEY MITCHELL,                     ORDER

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 16, 2021, Defendant filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). No. 13 Civ. 744, Dkt. No. 39; No. 14 Cr. 55, Dkt. No. 805. It is hereby

      **ORDERED** that, by **March 3, 2021**, the Government shall file an opposition and email Defendant's BOP medical records to the Chambers email address.

Dated: February 17, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**